DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
ARMANDO VELASQUEZ-PADRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>      v.                          )<br>                                  )<br>                                  )<br>ARMANDO VELASQUEZ-PADRON          )<br>                                  )<br>                                  )<br>            Defendant.            )<br>_____) | No. CR S-06-449 WBS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER**<br><br>Date: December 13, 2006<br>Time: 9:00 A.M.<br>Judge: Hon. William B. Shubb |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Michael Beckwith, and defendant Armando Velasquez-Padron, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for December 6, 2006 at 9:00 AM be vacated and a new date of December 13, 2006 at 9:00 AM be set for status.  The defense needs additional time to review discovery with the defendant.  In addition, the government provided a proposed plea agreement today.  Mr. Velasquez-Padron needs time to review that plea agreement and discuss his decision with family.

It is stipulated that the period from December 6, 2006 until

1

December 13, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                              Respectfully submitted,
                              MCGREGOR SCOTT
                              United States Attorney


DATED:  December 5, 2006      /s/ Michael Beckwith
                              MICHAEL BECKWITH
                              Assistant U. S. Attorney


DATED:  December 5, 2006      /s/ Ned Smock
                              NED SMOCK
                              Attorney for Defendant
                              ARMANDO VELASQUEZ-PADRON
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: December 5, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE