```
DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
ARMANDO VASQUEZ-PADRON
T/N: Armando Velasquez-Padron
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                              )<br>           Plaintiff,        )<br>                              )<br>     v.                       )<br>                              )<br>                              )<br>ARMANDO VASQUEZ-PADRON,       )<br>T/N: Armando Velasquez-Padron )<br>                              )<br>           Defendant.         )<br>_____) | No. CR S-06-449 WBS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER**<br><br><br>Date: January 22, 2007<br>Time: 8:30 A.M.<br>Judge: Hon. William B. Shubb |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Michael Beckwith, and defendant Armando Vasquez-Padron (**T/N**: Armando Velasquez-Padron), by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for December 13, 2006 at 9:00 AM be vacated and a new date of January 22, 2007 at 8:30 AM be set for status. The defense is consulting an immigration law expert about a possible defense in this case and needs time to perform necessary investigation and research. In addition, time is needed to perform additional background

1

investigation to present to the government.

It is stipulated that the period from December 13, 2006 until January 22, 2007 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                              Respectfully submitted,
                              MCGREGOR SCOTT
                              United States Attorney


DATED:  December 11, 2006     /s/ Michael Beckwith
                              MICHAEL BECKWITH
                              Assistant U. S. Attorney


DATED:  December 11, 2006     /s/ Ned Smock
                              NED SMOCK
                              Attorney for Defendant
                              ARMANDO VELASQUEZ-PADRON
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: December 12, 2006

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2