DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
ARMANDO VELASQUEZ-PADRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>       v.                            )<br>                                     )<br>                                     )<br>ARMANDO VELASQUEZ-PADRON             )<br>                                     )<br>                                     )<br>            Defendant.               )<br>_____) | No. CR S-06-449 WBS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER**<br><br>Date: February 12, 2007<br>Time: 8:30 A.M.<br>Judge: Hon. William B. Shubb |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Michael Beckwith, and defendant Armando Velasquez-Padron, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for January 22, 2007 at 8:30 AM be vacated and a new date of February 12, 2007 at 8:30 AM be set for status/possible change of plea.  The defense has presented a letter along with a packet of information to the government and is engaged in plea negotiations.  Additional time is needed to gather further mitigating information and present an expected plea agreement to the defendant for his consideration.

1

It is stipulated that the period from January 22, 2007 until February 12, 2007 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                              Respectfully submitted,
                              MCGREGOR SCOTT
                              United States Attorney


DATED:  January 19, 2007      /s/ Michael Beckwith
                              MICHAEL BECKWITH
                              Assistant U. S. Attorney


DATED:  January 19, 2007      /s/ Ned Smock
                              NED SMOCK
                              Attorney for Defendant
                              ARMANDO VELASQUEZ-PADRON
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: January 19, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE