FILED
January 26, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:06CR00449-GGH
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
ARMANDO VELASQUEZ-PADRON, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __ARMANDO VELASQUEZ-PADRON__ , Case No. __2:06CR00449-GGH__ , Charge __8 USC section 1326__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)     __Released after being sentenced to time served__


Issued at __Sacramento, CA__ on __January 26, 2007__ at __2:00 pm__ .   subject to hold

By _____
Gregory G. Hollows
United States Magistrate Judge

Original - U.S. Marshal