McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>       v.                          )<br>                                   )<br> ARMANDO VELASQUEZ-PADRON,          )<br>                                   )<br>            Defendant.             )<br> _____) | CR. No. S-06-449 WBS<br><br>MOTION TO DISMISS INDICTMENT and [~~PROPOSED~~] ORDER DISMISSING INDICTMENT |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, asks the Court to file an order dismissing the indictment against Armando Velasquez-Padron, filed on November 2, 2006, in CR. No. S-06-449 WBS.  On January 26, 2007, in the courtroom of Magistrate Judge Gregory G. Hollows, the defendant pleaded guilty to a superseding information charging a misdemeanor violation of 8 U.S.C. § 1325(a)(1) – illegal entry by an alien.

///
///
///
///
///

1

1  The defendant waived appeal and was sentenced to time served.
2
3
4  DATED: January 26, 2007                McGREGOR W. SCOTT
                                          United States Attorney
5
                                          By /s/ Michael M. Beckwith
6                                            MICHAEL M. BECKWITH
                                             Assistant U.S. Attorney
7
8
9                                  O R D E R
10
11 APPROVED AND SO ORDERED:
12
13
   DATED:  January 31, 2007
14
15 _____
   WILLIAM B. SHUBB
16 UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28

                                    2